# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| FELICIA D. FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-207 |
| ) | |
| LENSCRAFTER, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

This Court granted Felicia D. Freeman, who is proceeding *pro se*, leave to proceed in *forma pauperis* in this employment discrimination case. Doc. 3. But it also directed her to amend her complaint to supply critical information. *Id.* at 4. It warned that any "[f]ailure to file an amended complaint within 30 days of the date this Order is served will result in a finding of case-abandonment, thus warranting dismissal. *See* Fed. R. Civ. P. 41(b); L.R. 41(c); *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007)." *Id.*

Plaintiff has failed to comply, so her case should be **DISMISSED**

**WITH PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this __3rd__ day of December, 2013.

*/s/ J.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA